United States District Court, District of Montana, Missoula Division,
Aloysius Dennis Blackcrow
                    Plaintiff,
        v.                                      Civil Action No.

Confederated Salish and Kootenai
Tribal Police Department,                Notice of Motion to Proceed
Officer Brad Pluff, Nate Gray,           In Forma Pauperis
Lake County Attorneys Office,
County Commissioners,
                    Defendants.

Application to Proceed in District Court, Missoula Division
Without Prepaying Fees or Costs.
I am the Plaintiff in this case and declare that I am
unable to pay the costs of these proceedings and that I am
entitled to the relief requested.
In support of this application, I answer the following
questions under penalty of perjury.
1.) I am being held at the Lake County Jail, I am indigent
attached is a letter from my bank, showing I am indigent.
2.) I am unemployed, in process, or was in process of
obtaining disability.
3.) In the past 12 months, I have received income from
the following sources.
  I.) Business, form of employment,       None
  J.) Rent payments, interest or dividends,    No
  K.) Pensions, annuities, or life insurance,  No
  L.) Disability or workers comp.         No
  M.) Gifts or inheritances,              No

OCT 08 2021
Clerk, U.S. Courts
District of Montana
Missoula Division

N.) ANY OTHER SOURCES, NO

4) AMOUNT OF MONEY I HAVE IN CASH OR IN A CHECKING OR SAVINGS ACCOUNT. $0

5.) ANY AUTOMOBILE, REAL ESTATE, STOCK, BOND, SECURITY, TRUST, JEWELRY, ART WORK, OR OTHER FINANCIAL INSTRUMENT OR THING OF VALUE THAT I OWN, INCLUDING ANY ITEMS OF VALUE HELD IN SOMEONE ELSE'S NAME.   NOTHING

6.) ANY HOUSING, TRANSPORTATION, UTILITIES, OR LOAN PAYMENTS, OR OTHER REGULAR MONTHLY EXPENSES,   NOTHING

7.) NAMES OF ALL PERSONS WHO ARE DEPENDANTS ON ME FOR SUPPORT MY RELATIONSHIP WITH EACH PERSON AND HOW MUCH I CONTRIBUTE TO THEIR SUPPORT.   NO DEPENDANTS

8.) ANY DEBTS OR FINANCIAL OBLIGATIONS,   NONE

I declare under PENALTY OF PURJURY THAT THE ABOVE INFORMATION IS TRUE AND I UNDERSTAND THAT A FALSE STATEMENT MAY RESULT IN A DISMISSAL OF MY CLAIMS. DATED THIS 1ST day of OCTOBER 2021,

Aloysius D. Black Crow