UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALOYSIUS D. BLACKCROW,<br><br>Plaintiff,<br><br>vs.<br><br>CONFEDERATED SALISH AND KOOTENAI TRIBAL POLICE DEPARTMENT, et al,<br><br>Defendants. | Case No. CV-21-118-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED without leave to amend.

    Dated this 14th day of October 2021.

                                TYLER P. GILMAN, CLERK

                                By: /s/ H. Gauthier
                                H. Gauthier, Deputy Clerk